

**INGREDIENT TECHNOLOGY GROUP**

Press Information

Date: 31 October 2011

Contact: Jenny Mason / Rachel Connaughton          +44 (0) 161 925 4700

## OCEAN SPRAY TRADING EVENT CONFIRMS INCREASED DEMAND FOR CRANBERRY CONCENTRATE

Ocean Spray has reported the results of its online cranberry concentrate trading event. Total sales of 197,500 gallons of cranberry concentrate were secured at the latest event on October 27, 2011. Bidders opted for three or six month contract periods, with delivery from November 1, 2011 through January 2012 for the first contract, February 1 through July 2012 in the second and August 1, 2012 through January 2013 for the third contract. The winning prices per gallon of concentrate were $28.10, $28.06 and $28.50 respectively for contracts 1, 2 and 3. A total of 17 companies participated in the October event.

Michael Stamatakos, Vice President, Agricultural Supply and Development at Ocean Spray said, "This is the fifth quarterly trading event where cranberry concentrate prices have increased as worldwide sales of cranberry products have grown. Based on reporting from the Cranberry Marketing Committee, year-over-year industry sales are trending up resulting in a 7% sales increase in crop year 2010. With the increased demand for cranberries this year we expect the overall industry inventory to decrease by over 11% year on year."

The quarterly cranberry concentrate trading event, established by Ocean Spray in 2009, provides customers with an efficient means of executing fixed-price contracts for future delivery of cranberry concentrate, gaining price stability and supply certainty.

The cranberry concentrate trading event allows the market to determine the price in a fair and equitable way and, by participating, winning bidders secure fixed-priced contracts for each contract period and avoid any change in pricing based on market fluctuations for that period.

*EXHIBIT ONE*
*SEE NEXT PAGE*

The next trading event will take place in January 2012. Opening prices per gallon, set at 85% of the closing prices in the October event, will be:

- $23.89 for contract 1
- $23.85 for contract 2
- $24.23 for contract 3

More information and an explanation of the trading event process can be found at www.oceanspraying.com/trading-event and www.cranberryauction.info.

ENDS

The online trading platform for Ocean Spray's cranberry concentrate was established in 2009 to offer transparent trading and supply certainty for customers. The auctions are run by CRA International and take place on a quarterly basis to ensure interested parties can participate at regular intervals during the year. The online trading platform allows customers to secure cranberry concentrate through an efficient, fair and transparent process. Potential bidders can view contract periods and starting prices at www.cranberryauction.info as they become available.

Editor's note

About Ocean Spray

Ocean Spray is an agricultural cooperative owned by more than 700 cranberry growers as well as nearly 50 grapefruit growers. Ocean Spray is North America's leading producer of canned and bottled juices and juice drinks, and has been the best-selling brand name in the canned and bottled juice category since 1981. Ocean Spray posted fiscal 2010 sales of over $2.0 billion. Ocean Spray's Ingredient Technology Group (ITG) sells cranberry concentrate worldwide, and offers an extensive portfolio of other fruit ingredients including sweetened dried cranberries, BerryFusions® Fruits, cranberry powders and purée – with total annual sales of approximately $143 million.

About CRA International

Founded in 1965, CRA International is a leading global consulting firm that offers business management, economic and financial expertise. Headquartered in Boston, CRA has offices throughout North America, Europe, the Middle East and Asia. Detailed information about CRA is available at http://www.crai.com.

For further information on how cranberries can be used in your products, please contact:
J.O. Sims Ltd, Pudding Lane, Pinchbeck, Spalding, Lincs, PE11 3TJ, UK
Tel: +44 (0)1775 842100   Email: douglas.mackay@josims.com
Or visit: www.oceansprayitg.com and www.oceanspray.com

For press information, please contact: Jenny Mason, Barrett Dixon Bell, Craig Court, 25 Hale Road, Altrincham, Cheshire, WA14 2EY, UK.
Tel: +44 161 925 4700   E-mail: jenny@bdb.co.uk

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

      Plaintiff,

v.

NATIONAL CRANBERRY ASSOCIATION;
A. D. MAKEPEACE CO.;
UNITED CAPE COD CRANBERRY CO.;
MARCUS L. URANN, and
JOHN C. MAKEPEACE,

      Defendants.
- - - - - - - - - - - - - - - - - - X

Civil Action

No. 55-418-3

## FINAL JUDGMENT

Plaintiff, United States of America, having filed its complaint herein on May 10, 1955, and the defendants herein, by their attorneys, having appeared and filed their answers to such complaint denying the substantive allegations thereof; and the plaintiff and each of defendants by their attorneys having severally consented to the making and entry of this Final Judgment without trial or adjudication of any issue of fact or law herein, and without admission by any party with respect to any such issue;

NOW, THEREFORE, before any testimony has been taken, and without trial or adjudication of any issue of fact or law herein, and upon consent as aforesaid of all the parties hereto, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

I

The Court has jurisdiction of the subject matter herein and of the parties hereto. The complaint states a claim for relief against the defendants under Sections 1 and 2 of the Act of Congress of July 2, 1890, entitled "An act to protect trade and commerce against unlawful restraints and

EXHIBIT TWO

monopolies," commonly known as the Sherman Act as amended.

## II

As used in this Final Judgment:

(A) "NCA" shall mean the defendant National Cranberry Association, a cooperative corporation organized and existing under the laws of the State of Delaware, and with its principal office and place of business at Hanson, Massachusetts;

(B) "AIM" shall mean the defendant A. D. Makepeace Co., a corporation organized and existing under the laws of the Commonwealth of Massachusetts, and with its principal place of business at Wareham, Massachusetts;

(C) "United" shall mean the defendant United Cape Cod Cranberry Co., a corporation organized and existing under the laws of the Commonwealth of Massachusetts, and with its principal place of business at Hanson, Massachusetts;

(D) "Urann" shall mean the defendant Marcus L. Urann, an individual;

(E) "Makepeace" shall mean the defendant John C. Makepeace, an individual;

(F) "Person" shall mean any individual, partnership, firm, corporation, association, trustee, cooperative or any other legal or business entity.

## III

The provisions of this Final Judgment applicable to any defendant shall apply to such defendant, its successors, assigns, officers, directors, servants, employees and agents and to all persons in active concert or participation with such defendant who receive actual notice of this Final Judgment by personal service or otherwise.

IV

Defendant NCA is enjoined and restrained from:

(A) Entering into, renewing, maintaining or adhering to, (1) during the five years immediately following the date of entry of this Final Judgment, any agreement for the marketing of cranberries for any person, for a term of more than one year unless any such agreement shall on its face be terminable by such person by written notice delivered between June 1st and July 31st of any year, and (2) after such five year period, from entering into any agreement for the marketing of cranberries for any person for a term of more than three years unless any such agreement shall on its face be terminable by such person by written notice delivered between June 1st and July 31st of the third year and each subsequent third year of its term;

(B) Having, or allowing to serve, as one of its officers or directors, any person whom it knows to be engaged in, or to be an officer, director or agent of, any other person engaged in, the processing or marketing of cranberries or cranberry products in competition with NCA;

(C) Entering into, renewing, maintaining or adhering to any agreement or arrangement with any other person engaged in the marketing of cranberries to allocate or divide markets;

(D) Contracting for or otherwise arranging for the processing of any of NCA's cranberries by any other processor at any time when NCA has available capacity and could process such cranberries itself without incurring substantially greater expense;

(E) (1) Following any sales policy on cranberry products which includes any element of rebate or discount from the purchase price unless the amount or mathematical formula for calculating the amount is disclosed to the customer at or before the time of purchase by him, or which grants any bonus or allowance

3

              to customers on the basis of business done prior to the period to which such bonus or allowance applies;

(2) Granting any allowance or subsidy on account of losses incurred by NCA customers on resale of cranberry products purchased from NCA, except that this provision shall not apply to guarantees against, or allowances for, general NCA price declines on floor stocks, or to guarantees against, or allowances for, losses due to damage or defects in quality;

(3) Granting any manufacturers' discount to anyone other than a manufacturer;

(F) (1) Receiving from any member for marketing any cranberries which it knows to have been grown by a person not a member of NCA or receiving from any person not a member of NCA for marketing any cranberries except on the same terms or conditions as to payment therefor as would apply if such person were a member;

(2) Discriminating among members in the administration of any pooling of cranberries;

(3) Exchanging with any person cranberries suitable for the fresh market for cranberries suitable only for processing, to prevent such cranberries from being acquired by any person engaged in the marketing of cranberry products in competition with NCA;

4