Calendar Year 2009 through 2012 Estimated Cranberry "B" Pool Cash Payments

| January 2011 Update | CY2009 | CY2010 | CY2011 | CY2012 |
|---|---|---|---|---|
| January Advance | 10.00 | | | |
| February Final Brix | | | | 6.62 |
| March Advance | 10.00 | 5.00 | 2.50 | 2.50 |
| April Advance | | | | |
| May Payments | 5.00 | | | |
| May Final plus Brix | | 8.02 | 5.23 | |
| June Advance | 5.00 | | | 5.00 |
| Harvest Advances | 10.00 | 7.50 | 7.50 | TBD |
| Subtotal | 40.00 | 20.52 | 15.23 | TBD |
| September Brix Advance | 4.08 | 5.64 | 1.44 | TBD |
| March Incentives | | | | 0.45 |
| Cash in Calendar Year | $44.08 | $26.16 | 16.67 | TBD |
| | 2008 Pool | 2009 Pool | 2010 Pool | 2011 Pool |
| Gross Returns Less Pref. Dividends | $52.60 | $26.37 | $18.56 | $26.00 - $31.00 |
| Equity Retain (Stock) | $ 0.50 | $ 0.50 | $ 0.50 | $ 0.50 |

Forward Looking Statements: The timing and the amount of actual cash payments and equity retains may vary materially from the above estimates based on factors affecting patronage net earnings, including pricing, sales, and competitive conditions. Distribution of each estimated payment and equity retain are subject to prior approval by the Board of Directors. Updated January 2012.

EXHIBIT FIVE (2 PAGES)

3-16-11 Grower Letter Attachment

All of this I will address in a moment but, before we go there, I'd like to provide a quick recap on the performance of our business. Rick will be up here in a moment to provide a more detailed financial update ... but I am pleased to let you know that the 2009 Cranberry "A" Pool closed in February ... and, although the accounting is not yet complete, we expect to surpass the $64 per-barrel target we have been working against by at least a $1 per barrel if not a little more. 

I'd like to pause for a minute to simply remind us all of how the "A" Pool return is composed ... Embedded in the return is the commodity value of the fruit your farm delivered to the Cooperative ... which for this Pool was probably around $25 per barrel ... the remaining $40 or so per barrel is the dividend from your investment in the Ocean Spray brand.

If you took that $40 and multiplied it by the number of barrels delivered in total, you could approximate a branded company profit margin ... this margin, compared to other CPG companies as measured by the Grocery Manufacturers Association, is a good margin especially over the last year but certainly not best in class ... at least not yet.

As cranberry handlers, we are doing quite well but, compared to top-tier CPG companies, I believe we still need to make some progress. Though, I am very pleased the Ocean Spray brand continues to provide you with an excellent return on investment and protection from the wild swings of the cranberry commodity markets ... in my opinion, our profit margin can and should be higher and we will continue to strive to improve regardless of the price of commodity cranberries but we will need your help ... we will need to invest to make it happen.

For the immediate future, though, the Board and management have aligned around a strategy to increase branded fruit demand at a higher than historical rate with the cost to us being smaller increases in overall "A" Pool returns. We believe that continuing our strong growth in branded fruit demand is in the best interest of Ocean Spray and our industry. Consequently, our projection for the 2010 "A" Pool is $65 per barrel, but we hope to increase "A" Pool fruit utilization by several hundred thousand barrels by pursuing new innovation, new trade channels and markets many of which we reviewed with you yesterday.

For those of you with acreage in the Cranberry "B" Pool ... the 2009 "B" Pool closed in January with a return of $26.37 per barrel on fruit with average brix. Many higher brix growers received more than $30 per barrel. The 2010 "B" Pool is currently projected to close next January ... making it a 12-month pool with a return in the range of $15-$20 per barrel for fruit with average brix. 

We believe this is somewhat of a conservative projection as it is based on cranberry commodity pricing around where it is today. If we continue to see improvements in cranberry commodity pricing there could be a little upside to this number.

The 34th Citrus Pool is projected to close in May at the targeted return of $1.50 per fsp. The 35th Pool which is the crop we are harvesting right now is also projected at $1.50 per fsp but on significantly higher fruit utilization stemming from a USDA Grapefruit Juice bid we were able to secure. We continue to execute against a Long-Range Citrus plan that increases fruit utilization over time while delivering a consistent return around a $1.50 per fsp.

Again, Rick will provide more financial information in a moment ... As I mentioned at the outset, challenges from forces outside our direct control remain the largest external threat to today's business ... while the financing of the growth will be our largest internal challenge.

I know many of us in this room are often pre-occupied with what we like to call the cranberry economy ... barn meetings and coffee-shop talk often are centered around things like the Cranberry Marketing

3-16-11 Grower Letter Attachment

## State of the Cooperative

*Remarks by Chairman Fran Podvin*
*2011 Ocean Spray Annual Meeting*
*Wednesday, March 9, 2011*
*San Diego, California*

All of us, the Board of Directors, our advisors, Herb Baum and Al Piergallini, our management team and all our employees, thank you our growers, for your contributions to the cooperative and most importantly, for your support of our efforts in managing your Ocean Spray branded business.

Thank you for your attendance at this annual meeting. We all hope that you found the member workshops, management presentations and the opportunity to socialize and visit with your fellow growers to be a worthwhile expenditure of your time. Our Board is very interested in your suggestions on how to make the annual meeting better and more responsive to your needs in order to increase attendance.

Randy and Rick have reviewed in detail the challenges and results of our business. Our management team and all of our employees deserve our applause for the tremendous job they have done this past year overcoming the continuing effects of the worldwide recession, a crop over supply, and extremely competitive domestic and foreign business conditions.

Before looking at the State of our Cooperative, I want to take this opportunity to recognize the great contributions that my partner, Guy Gottschalk has made to this cooperative. Guy has been an extremely able board member and is, among other things, responsible for our very successful Board Awards of Excellence program. His retirement from the Board will be a serious loss, but we look forward to the contribution of our new board member from Wisconsin Craig "Pat" Scott.

"If not already done, please join me in a round of applause in appreciation for Guy's long service and contributions."

Now, let's look at our Cooperative --

As I reviewed my previous reports to you it struck me that a look back over the past five years to analyze the challenges we faced and measure the progress made would be a worthwhile effort.

In 2007 and 2008, we were greatly challenged with loss of membership, lack of adequate fruit supplies, and leakage of value created by Ocean Spray to the independent growers. Growers were asking me why should they belong to Ocean Spray and give up higher prices on the outside with no hope of accessing the value of the brand owned by the cooperative.

EXHIBIT SIX



RANDY C. PAPADELLIS
President & Chief Executive Officer



FRANCIS J. PODVIN
Chairman of the Board

## Dear Grower-Owners,

As we turn the page on an exceptional 2007, our Cooperative opens a new chapter in the life of a brand that is more alive today than at any other time in our 77 year history. Our sales are at an all-time high. New products are succeeding at a healthy rate and existing ones are more recognizable and popular than ever before.

Even as we take a moment to celebrate today's success of the Ocean Spray brand, we're inspired by all that our brand can still become. Ocean Spray genuinely is a living brand – A Brand for Life. We have significant opportunity to leverage and explore in the years to come. Yes, we've come a long way together but the best news of all is that for a world-class brand like ours, there's no limit to what we can do.

### Energizing our Brand

Over the last seven pivotal years, we have infused new life into our brand and realigned ourselves – Grower-Owners, Management, and the Board – around a common purpose. Back then, we were drowning in cranberries and our marketing efforts at the time were simply too weak to rescue us. Today, it's entirely different. Demand for our products is growing at twice the rate of future crop output. Now the challenge is to find effective new ways to encourage more fruit to enter our Cooperative.

This heightened demand for Ocean Spray products traces its origins back to the renewed health and vitality of our brand. More than our products, facilities, farms, and even the Cooperative itself, our brand is what we've been building all these years. It's where our true value resides. The energy we've gathered behind our brand provides the momentum we need to take our Cooperative toward its primary goal: to consistently increase value to you, our Grower-Owners.

### Performance of the Brand

The numbers tell the story. In Fiscal 2007, Ocean Spray produced $1.68 billion in gross sales through significant increases in all major categories. With total growth of $170 million, our 11.3% sales gain marks another year of double-digit growth, putting us among the world's strongest, most vibrant brands.

Net proceeds grew nearly 44% to $261.2 million and the 2005 cranberry pool delivered $42.54 per barrel, about $2.50 more than projected.

New product introductions contributed to the sales growth as we confirmed that Ocean Spray is a brand for beverages *and* food. Diet Ocean Spray® is taking hold and our Grower's Reserve® line of all-natural, no-sugar-added refrigerated juices



EXHIBIT SEVEN



**INGREDIENT TECHNOLOGY GROUP**

Press Information

Date: 17 April 2009

Contact: Louise Foster / Lauren Graham      +44 (0) 161 925 4700



## OCEAN SPRAY ANNOUNCES ONLINE TRADING PLATFORM FOR CRANBERRY CONCENTRATE

Ocean Spray's Ingredient Technology Group is establishing a new go-to-market approach for the sale of cranberry concentrate by holding an online auction that will make available product for all qualified buyers worldwide on a consistent basis. The web-based auction process has been carefully developed with an Independent Auction Manager, CRA International. The auction will establish the clearing price for Ocean Spray's cranberry concentrate, and will ensure supply certainty and efficient contracting — specifically critical considerations in today's uncertain economic environment. The first auction is scheduled for July. Details can be found at www.cranberryauction.info.

As the world's leading cranberry processor, Ocean Spray is adopting an auction-based sales process for its concentrate that is fair, transparent, and efficient. By registering on www.cranberryauction.info and participating in the auction, potential concentrate buyers can easily track and observe Ocean Spray concentrate pricing and availability. Successful bidders can quickly and easily secure supplies of concentrate with guaranteed pricing for future delivery.

Michael Stamatakos, Ocean Spray's Vice President, Agricultural Supply and Development comments: "Our cranberry auction will ensure that all customers wanting to buy Ocean Spray concentrate will do so on a level playing field. By securing a specified volume of concentrate at an agreed price, our customers can be assured that market fluctuations will not affect them for a set period in these turbulent times. We are committed to supporting potential bidders by providing the information and education needed to participate confidently. We urge all interested parties to visit our informational site: www.cranberryauction.info at the earliest opportunity in preparation for July's auction."

http://www.cranberryauction.info/public/english/20090421Cranberry20Auction20Release20US.PDF

EXHIBIT     EIGHT

# Cranberry Auction
## Information Website



Home   Qualification Process   Q&As   Calendar   Latest Results   Next Trading Session   News & Resources   › About   Register | Login

You are not logged in.

## Products on Offer

During its first year of operation, Ocean Spray expects to sell approximately 400,000 - 600,000 gallons (US) of 50°brix cranberry juice concentrate via www.cranberryauction.com. Ocean Spray intends to conduct at least two auctions per year.

Cranberry concentrate will be offered in two contract variations in each auction. Contract-1 is available for delivery during months 1 through 6 beginning the month following the auction. Contract-2 is available for delivery during months 7 through 12 following the auction. Ocean Spray is flexible in delivery options. Successful bidders can elect to take delivery of their product at any times during the six month contract period.

Through these back to back contract periods, Ocean Spray offers its customers full supply flexibility. Customers can secure supplies for a full year or on a short-term, spot basis.

## Benefits to Participants

*A level 'playing field'* – all customers have equal opportunity to secure supply and all winning bidders pay the same base price for the same contract period.

*Greater control over exposure to commodity price risk* – customers choose their desired mix of contract periods and, as a result, control their own exposure to commodity price risk.

*Greater control over securing supply* – all bidders are able to secure concentrate subject only to credit constraints and their willingness to pay the auction clearing price.

*Greater transparency of price information* – the timing of trading sessions and the starting prices will be published in advance.

*A quick, low-cost sales process* – avoids the need for lengthy price negotiations.

## The Trading Process

CRA, as independent Trading Manager, conducts semi-annual auctions over the Internet (and via fax and call center). The auctions are administered in an orderly manner and typically last less than a few hours. The contracts are available simultaneously and all bidders have equal opportunity to secure their volumes of interest by retaining their volume bids in the system until the trading process closes.

The trading process involves several key steps:

1. Twenty-one days prior to the start of each trading event, the Trading Manager confirms the range of starting prices for the first round of bidding;


2. Five days before the event, the Trading Manager confirms the actual starting prices for the first round of bidding;

3. On or before the day of trading, bidders re-confirm that they accept the terms and conditions of participation prior to entering the trading Website;

4. At the start of trading, each bidder enters the volumes they wish to purchase at the announced starting prices. The Trading Manager closes the first bidding round after a pre-specified period of time;

5. For each successive round, the Trading Manager raises prices and bidders enter new volumes and this continues round-by-round until the total bid volume falls to the level of volume available for purchase (i.e., the available volume is cleared). At no stage during the process do customers bid a price. Each customer stays in as long as they enter volume bids; 

6. Shortly after the close of trading, the Trading Manager confirms to Ocean Spray and privately to each bidder the volumes they have won and the corresponding EXW price in US dollars per US gallon;

7. The customer is then contacted by their Ocean Spray Account Manager or by a distributer/agent to confirm final shipment details. Product is then shipped through Ocean Spray's standard logistics process. Americas and Asia shipping point at Ocean Spray's discretion. European shipments via Rotterdam (Kloosterboer warehouse).

About the Trading Manager         EXHIBIT NINE

http://www.cranberryauction.info/DesktopDefault.aspx?tabid=437



INGREDIENT TECHNOLOGY GROUP

**Press Information**

Date: 1 February 2011

Contact: Lauren Graham / Lucy Brice            +44 (0) 161 925 4700

<u>OCEAN SPRAY ANNOUNCES AUCTION RESULTS AND ENHANCEMENTS TO UPCOMING AUCTIONS</u>

Ocean Spray held its latest auction of cranberry concentrate on January 28, 2011. Across three contracts, pricing for Ocean Spray's concentrate increased an average of 17% compared to the closing prices from the October 2010 auction.

A total of 14 companies participated in the auction, with Ocean Spray selling 143,800 gallons of concentrate. The closing prices were $19.50 per gallon for the first contract delivery period (three months), $20.00 per gallon for the second delivery period (six months), and $21.00 per gallon for the third delivery period (six months).

"Rising concentrate prices likely reflect the current state of supply and demand," said Mike Stamatakos, Vice-President Agricultural Supply and Development at Ocean Spray. "Based on Cranberry Marketing Committee data, demand for cranberry ingredients is up, while the 2010 crop was smaller than either of the two prior crops."

Ocean Spray also announced future enhancements to the auction process that are intended to provide participants with more transparent information regarding opening prices and quantities:

- To remove speculation regarding how the opening price is set, the opening prices for future auctions will be set automatically at 85% of the previous auction's closing prices. Potential participants will therefore know opening prices for the next auction as soon as the results of an auction are published. The 85% protocol has been successfully used in international dairy industry auctions run by trading manager, CRA.

EXHIBIT TEN