# Ocean Spray details $90M cranberry operation for Rogersville, N.B.

Last Updated: Wednesday, January 14, 2009 | 2:29 PM AT
CBC News

N.B. Premier Shawn Graham, right, speaks with Ocean Spray officials prior to the company discussing its plan for the cranberry industry in Rogersville. (CBC)

Ocean Spray outlined its plans to invest $90 million in Rogersville, N.B., on Tuesday night in a highly anticipated meeting in the village north of Moncton.

People in the community of 1,100 people began lining up an hour before the world's largest cranberry co-operative started detailing plans for a massive investment in the area.

Paul Stajduhar, the Massachusetts-based company's vice-president of strategic and business development, told the

> 'We desperately need more fruit.'
> — Paul Stajduhar, Ocean Spray representative

packed legion hall that Ocean Spray plans to eventually develop more than 3,200 hectares of farmland as part of a $90-million investment that will create 100 jobs.

He said the demand for cranberries is outpacing Ocean Spray's ability to turn out the fruit from bogs already in production. The company will be leasing the necessary land from the provincial government for the new operation.

EXHIBIT TWELVE

3-5-09 Grower Letter Attachment

## State of the Cooperative
*Remarks by Chairman Fran Podvin*
*2009 Ocean Spray Annual Meeting*
*Wednesday, February 25, 2009*
*San Francisco, California*

On behalf of myself, the Board of Directors, our Advisors, and the Management and employees of Ocean Spray, I sincerely thank you for your attendance at our annual meeting. We all appreciate your support and, more importantly, your contributions to the cooperative. You are the producers, the owners and provide the base for all of our decisions and actions. My hope is that you have found the annual meeting to be informative as to the results of our efforts over the past year and challenging as we look to the future and the issues we need to face and overcome.

Randy and Tim have covered the challenges and results of our business. We all join in thanking our management team and all of our employees for our outstanding financial result in the face of a severe domestic recession which affects our country and the world. I would like to take a few minutes and talk about the state of our cooperative.

Since our meeting last year when we talked about losing members, leakage of value to independents, and inability to access the value of the Ocean Spray Brand, much has happened.

The news is full of reminders of how quickly the world can change and the potential effects of those changes on our business. Look at the devastation caused to peanut farmers and spinach farmers by food contamination. Even though we take every precaution for food safety, our own or someone else's mistakes can greatly affect our industry.

How many of us would have predicted the financial crisis a year ago. What a fundamental, unpredictable change for the country, the world and our industry.

These issues and many more have been considered by your board of directors as we plan for the future of the cooperative. We have engaged cooperative advisors and economists to counsel us as we consider changes to our business model to continue growth and preserve the cooperative. Outside tax and legal advice are continually utilized in our deliberations.

With regard to supply—demand issues, we have based our decisions on conservative estimates of future demand relying upon our actual real growth over the last five years. The new cranberry acreage is needed by the cooperative to supply growth of our business.

Recently Ocean Spray has been accused of promoting an industry over supply. This is absolutely false. We have been very clear about Ocean Spray's needs for fruit and have shared this information with the industry. During the past few years, Ocean Spray has expanded utilization by 1.5 million barrels and the independents have reduced their usage by 100,000 barrels. Any problems in the industry are the result of the lack of growth in the independent part of the industry.

As you have heard during earlier presentations, we are also considering an auction to establish the commodity value of cranberry concentrate. This would be a method to evaluate whether it is possible to determine the commodity value of the cranberry crops.

EXHIBIT THIRTEEN
(2 PAGES)

3-5-99 Grower Letter Attachment

WORK FOR NEXT YEAR:

1. Solving Grower retention issue.
2. Continuing to structure branded business for IPO.
3. Continue search for joint ventures, partnership, acquisitions and mergers.
4. Preserve cooperative for future.

OSPAC:

I encourage all of you, individually, to financially support the Ocean Spray Political Action Committee.

KEEP OPEN MIND ON PROPOSED CHANGES:

1. Look at today's world and companies who didn't change and remain flexible – structurally and financially.
2. We're in great shape to face necessary changes and we must act to preserve coop members, respond to the diverse needs of our members in ways which the vast majority agrees.

Retention of growers, accessing the value of the Ocean Spray brand, and expanding acreage are the principal challenges facing us today. We have plans in place and on the drawing board to respond to them. All of these responses involve change – change in how we operate, change in where we grow cranberries, and change in our membership equity participation.

The attitude toward change in our cooperative membership reflects the historical tension between the security and comfort of doing it the same way as opposed to risks, rewards and turmoil occasioned by adopting new strategies to overcome our challenges. Our cooperative has embraced significant changes over the past 78 years and we will do so again. Those who oppose the structural changes being considered by the Board have the responsibility to propose alternatives for consideration so that any final recommendation to the membership has the benefit of the broadest possible consideration of competing solutions.

While we need to recognize the angst caused by change, we need the courage to analyze what is necessary to build on our success in order to secure our future. This cooperative is among the most successful agricultural cooperatives in the world – we need to appreciate our success – understand how far we've come – and be determined to continue to grow in the future.

2



*Grower Owned — Ocean Spray — Since 1930*

March 22, 2010

Dear Grower-Owners:

We have been very proactive in recent years in setting the record straight on continued misrepresentations by some independent handlers about our business and strategy. Yet, these handlers continue to persist in distorting the facts and bending the truth about Ocean Spray, perhaps as a diversionary tactic against their own business performance. To this end, I would encourage you to consider beginning a dialogue with independent growers within your communities to set the record straight.

## The Ocean Spray Brand

As announced at the AGM in Florida, the 2008 'A' pool will return between $61.50 and $62.00 per barrel, a record return on a record crop, and the 2009 'A' Pool is forecasted to return $64 per barrel. This comes at a time when the rest of the cranberry industry is struggling with an oversupply and lower cranberry commodity prices. This is the Ocean Spray brand difference. It is the difference between a marketing cooperative with one of the world's most powerful brands and an independent handler corporation where cranberries are sold to buyers as just another 'cost of goods' line-item that can be impacted in times of oversupply to the detriment of farmers. Your ownership in the Ocean Spray brand is your best protection from the vagaries of the commodity market. With over $40 million in annual advertising investment, the Ocean Spray brand has driven all the growth in cranberry juices over the last 5 years registering a cumulative growth rate of 23.4% whereas all other cranberry juice brands have declined 24% cumulatively in the same time period.

## Ocean Spray Increased Fruit Utilization Through Product Innovation

Ocean Spray brand growth and growth in cranberry utilization is a direct result of best in class marketing and product innovation. Over 64% of our business growth in the last few years has been generated by new products such as Diet, the 100% Juice line, and other new beverages, adding tens of thousands of new consumers to the cranberry franchise. It is this kind of

1

*EXHIBIT FOURTEEN*
*(3 PAGES)*

innovation that is the hallmark of the Ocean Spray brand which continues to deliver products that consumers want to consume rather than the standardized products that some independent handlers would force them to consume. This diverse product portfolio has driven the increase in fruit utilization for our growers by almost an incremental 1.5 million barrels since 2002. Further, remember that part of Ocean Spray management's incentive pay is determined by value-added fruit utilization. In other words, we will all work together to drive increased fruit utilization into the future.

Moreover, the issue of reformulation raised by some of these handlers is nothing but a feel-good explanation for the challenges that those without the Ocean Spray brand face. Some handlers have even presented incomplete market information that does not track all consumption channels to make this case. Even the various allegations surrounding our Choice SDC are overstated; Choice SDCs <u>are cranberries</u>. They are comparable to all other SDCs in health properties as measured by ORAC values. Their sugar content (and calories) is also very similar to other SDCs. Most importantly, Choice SDCs are a further example of Ocean Spray's diverse product portfolio – another innovative product meeting customer demand.

<u>Cranberry Supply</u>

As all of the growers who attended Ocean Spray's recent annual meeting certainly understand, the state of the Cooperative and the Ocean Spray Brand is very strong. However, we are well aware of the challenges facing the rest of the cranberry industry. Some of these handlers further allege that Ocean Spray must also be in an oversupply situation based upon the willingness of Ocean Spray to sell cranberry concentrate through its auction (at the clearing price).  Ocean Spray does not sell concentrate through the auction to unload excess supply, but in order to meet our obligation to sell B Pool growers' fruit in an efficient and timely manner, and in order to be a consistent and reliable supplier to customers in the ingredient segment who look to Ocean Spray for their concentrate needs.

Finally, we should remind independent handlers and all growers of the leadership role that Ocean Spray plays for the industry. First, as you know, your Cooperative has been the primary supporter of cranberry health research around the world for decades. In fact, most of these handlers are likely citing this very research in support of their sales efforts. Ocean Spray will continue to lead the industry in partnering with researchers around the world to conduct even more exciting research that is sure to benefit the whole industry. Second, Ocean Spray consistently commits significant resources to advocating on issues important to the entire cranberry industry. This advocacy includes extensive work with local grower associations and in Washington DC on environmental issues, support of increased cranberry research funding in the Ag Appropriations Bill, and promotion of USDA cranberry purchases, among other things. In

2

summary, we will continue to lead the industry in innovative marketing and sales and provide leadership on many other issues that will drive cranberry growth into the future for the whole industry.

Please feel free to circulate this letter with independent growers in your community to provide them an insight into the success of your Ocean Spray Brand.

Please call if you have questions.

Thank you.

Sincerely,

Mike Stamatakos

VP, Ag Supply

3

3-16-11 Grower Letter Attachment

## State of the Business

*Remarks by CEO Randy C. Papadellis*
*2011 Ocean Spray Annual Meeting*
*Wednesday, March 9, 2011*
*San Diego, California*

Good Morning! I'd like to welcome you all to the 81st Annual Meeting of Ocean Spray.

A lot has happened over the last 80 years in this Cooperative. But let me first assure you all that your Cooperative is as strong today as it has ever been, and we continue to be well positioned for future growth and success.

I'm not big on dwelling in the past, but it is important to recognize that we have had ten consecutive pools of increasing returns for our "A" Pool and ten consecutive years of increasing cranberry fruit demand for our branded business as well.

Our grapefruit growers have enjoyed returns that in most years over delivered versus the cash market.

Allow me to thank all of our Growers for putting their faith in us ... by us I mean the management team at Ocean Spray ... it would have been easy for many of you to abandon the Coop at times in the last ten years, but you put your faith in us and for that I am especially appreciative.

Yet, in order to continue these remarkable trends and capitalize on the opportunities ahead, we will face hurdles that are new to us and that will require us to be unique and flexible as to how we all approach the business.



Several weeks ago, I along with several members of management and the Board attended the National Council of Farmer Cooperatives national meeting; a wonderful opportunity to network with other cooperative peers from around the country. I was hoping that we could learn how other successful coops were dealing with some of the hurdles we are now facing and to which I will speak to in a moment.

Unfortunately, there was no magic answer to be learned as the more advanced cooperatives were struggling with the very same issues as us, while many other coops were even unaware of the hurdles that were going to be coming at them.

The simple fact is that most agricultural cooperatives are preoccupied only with the supply side of economics ... not surprising it's the only thing farmers can directly control. We have a huge advantage in our large successful branded business so we have a demand-generation tool unavailable to most other coops.

Many of our cooperative peers are looking to Ocean Spray and our demonstrated success for ideas. So, what are some of the hurdles we will be facing .....?

They involve dealing with a whole new set of business regulations coming from federal, state, and even international governing bodies as well as a global economic climate that is confounding not only us but also some of the world's leading economists as well. We also face the additional hurdles of how we are going to continue to finance the growth of our business.

EXHIBIT FIFTEEN