## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Barry K. Winters d/b/a BKW Farms,**<br>**Stacy Preston Winters,**<br>**Paul D. Sogn and Rachelle D. Sogn d/b/a**<br>**Wintersogn Farm, LLC,**<br>**Michael A. Webb,**<br>**Rickard W. Jackson,**<br>**Jackson Farms, Inc.,**<br>**James M. Schaer,**<br>**Julie A Schaer,**<br>**Scott R. Vierck,**<br>**Fred P. Bussman,**<br>**John L. Meyer,**<br>**John L. Meyer Cranberries, Inc.,**<br>**Christopher M. Bussman,**<br>**Deanna M. Bussman,**<br>**Charles V. Goldsworthy and Timothy R.**<br>**Goldsworthy d/b/a ThunderLake-**<br>**Tomahawk Cranberries, Inc. and H.E.**<br>**Querry, Inc. on behalf of**<br>**themselves and all others similarly**<br>**situated as a class,**<br><br>        **Plaintiffs,**<br><br>    **v.**<br><br>**Ocean Spray Cranberries, Inc.,**<br>**an agricultural cooperative, and Ocean**<br>**Spray Brands, LLC, a limited liability**<br>**company,**<br><br>        **Defendants.** | **Civil Action No. 1:12-cv-12016-RWZ** |

## OCEAN SPRAY CRANBERRIES, INC. AND OCEAN SPRAY BRANDS LLC'S MOTION TO STAY PROCEEDINGS

Ocean Spray Cranberries, Inc. and Ocean Spray Brands, LLC (collectively "defendants") respectfully move the Court to stay this proceeding pending its resolution of defendants' motion to amend this Court's May 2, 2014 order and pending any interlocutory appeal that may follow. The grounds for this motion are as follows:

1.      On March 1, 2013, plaintiffs filed their Third Amended Complaint, alleging, among other claims, that defendants violated Sections 1 and 2 of the Sherman Act and Massachusetts General Law ch. 93A through their allegedly anticompetitive conduct.

2.      On May 2, 2014, this Court granted, in part, and denied, in part, defendants' motion to dismiss.  Of the claims that the Court permitted to proceed, all but one (the retaliation claim under Massachusetts General Law ch. 93A) relied on this Court's conclusion that plaintiffs adequately had alleged anticompetitive conduct in the form of predatory pricing.

3.      As defendants explain in their simultaneously filed motion to amend this Court's May 2, 2014 order, there are substantial grounds for disagreement on the controlling issue of whether a plaintiff that asserts a predatory pricing claim can satisfy the plausibility standard that the Supreme Court established in *Twombly* by alleging that the defendant caused prices to decline without alleging that the defendant's prices were below its costs.  Thus, defendants seek leave from this Court to pursue an interlocutory appeal to the First Circuit.

4.      If this Court grants defendants' motion, and if the First Circuit agrees that plaintiffs' predatory pricing allegations have not satisfied *Twombly*, the scope of the present litigation would change drastically.  In particular, plaintiffs would no longer have any need for the extensive and burdensome antitrust and class discovery that may be necessary to support their current claims.

5.      Defendants, therefore, seek to stay these proceedings pending the resolution of their motion to amend and any subsequent interlocutory appeal.  A brief stay will permit this Court's and the First Circuit's review to have a meaningful impact on this litigation and will promote the interests of judicial economy.

Accordingly, defendants respectfully request that this Court stay these proceedings pending its resolution of the motion to amend this Court's May 2, 2014 order, and, if the Court grants that motion, pending the First Circuit's resolution of the interlocutory appeal.  A proposed order is attached.

Dated:  May 27, 2014

                                        Respectfully submitted,

                                        /s/ Margaret M. Zwisler
                                        Margaret M. Zwisler (*admitted pro hac vice*)
                                        Marguerite M. Sullivan (*admitted pro hac vice*)
                                        Jennifer L. Giordano (B.B.O. #650537)
                                        LATHAM & WATKINS LLP
                                        555 Eleventh Street, NW
                                        Suite 1000
                                        Washington, DC 20004
                                        Telephone: 202-637-1092
                                        Facsimile: 202-637-2201
                                        Email: margaret.zwisler@lw.com


                                        Alfred C. Pfeiffer, Jr. (*admitted pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        505 Montgomery Street, Suite 2000
                                        San Francisco, CA 94111-6538
                                        Telephone: (415) 391-0600
                                        Facsimile: (415) 395-8095
                                        Email: al.pfeiffer@lw.com

                                        *Attorneys for Ocean Spray Cranberries, Inc. and Ocean Spray Brands, LLC*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that prior to the filing of this Motion,

counsel for defendants attempted to meet and confer in good faith but was unsuccessful.

*/s/ Margaret M. Zwisler*
Margaret M. Zwisler

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on May 27, 2014.

*/s/ Margaret M. Zwisler*
Margaret M. Zwisler