UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-12016-RWZ

BARRY K. WINTERS, et al.

v.

OCEAN SPRAY CRANBERRIES, INC.

ORDER

September 26, 2019

ZOBEL, S. D.J.

Defendant Ocean Spray objects to the list of CLI plaintiffs for the May 11, 2020 trial. Plaintiffs have since agreed to eliminate from this first trial Hungry Run Cranberry, LLC and K&S Cranberries, LLC. The court declines to order further adjustments and Ocean Spray's request (Docket # 337) is DENIED.

_September 26, 2019_           _/s/ Rya W. Zobel_

DATE                                                               RYA W. ZOBEL
                                                                   SENIOR UNITED STATES DISTRICT JUDGE