UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-12016-RWZ

BARRY K. WINTERS, *et al.*

v.

OCEAN SPRAY CRANBERRIES, INC.

ORDER

January 23, 2020

ZOBEL, S.D.J.

The parties have filed a bevy of motions pertaining to discovery disputes and plaintiffs' request to amend the complaint.

Discovery

The first submission in the discovery series is plaintiffs' motion to compel defendant to produce documents withheld on the basis of privilege (Docket #355) which was accompanied by a motion for leave to file it under seal (Docket #356). Defendant responded with an opposition (Docket #364) and a motion to enforce the protective order (Docket #366).

Although defendant correctly describes the provisions of the protective order, plaintiffs did attempt to maintain the confidentiality of the documents by filing their motion under seal. In any event, the most appropriate resolution of this dispute is an order to submit the contested documents for an *in camera* review. Accordingly, ruling

on plaintiffs' motion to compel is deferred, the motion to seal is allowed, and defendant's motion to enforce the protective order is allowed to the extent of this order.

On or before February 7, 2020, the parties shall submit for review by the court the contested discovery documents with a one sentence explanation by each side for each document or each series of related documents.

### Motion to Amend Complaint

This series begins with plaintiffs' motion for leave to amend the complaint to conform to the evidence adduced in discovery (Docket #357) together with a motion to file the pleading under seal (Docket #358).   Defendant opposed (Docket #362), plaintiffs sought leave to file a reply memorandum (Docket #367) and then defendant filed an emergency motion for hearing (Docket #368).

The motion for leave to amend the complaint (Docket #357) is denied because it is untimely.

Plaintiffs' motion to seal (Docket #358) is denied as moot.   Their motion to file a reply is allowed.   Defendant's emergency motion for hearing (Docket #368) is denied as moot.


|  January 23, 2020  | /s/ Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | SENIOR UNITED STATES DISTRICT JUDGE |